NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALVIN COLE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7050

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0111, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

The court construes Alvin Cole's March 23, 2012 submission as a motion to reinstate his appeal.

This appeal was dismissed on March 7, 2012 for failure to file a brief.

Cole also seeks assistance in obtaining pro bono counsel. This court has no procedure to appoint counsel for

pro se litigants. Cole is advised that pro bono counsel may be available to veterans for representation at this court through various assistance programs, including the Federal Circuit Bar Association's Veterans Pro Bono Program.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the court's March 7, 2012 dismissal order will be vacated, the mandate will be recalled, and the case will be reinstated if Cole files a brief within 30 days of the date of this order.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alvin Cole (informal brief form enclosed)
Austin M. Fulk, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK